**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Fendi SRL,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                Defendants. | Case No.        25-cv-06303<br>District Judge   Virginia M. Kendall<br>Magistrate Judge  Albert Berry, III |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Fendi SRL. ("Fendi") hereby dismisses this action without prejudice as to all Defendants. All pending motions are hereby withdrawn.

Dated July 18, 2025                          Respectfully submitted,

                                                          /s/ Paul Kossof

*Counsel for Plaintiff*
Paul Kossof (ARDC #6319307)
Kossof IPR
1509 Waukegan Road, #1162
Glenview, IL 60025
(224) 433-1553
p.kossof@kossofipr.com